1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP HEALTH PLAN, a California nonprofit public benefit corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>HEALTHEDGE SOFTWARE, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>                                    Defendants. | Case No.: 19-CV-983 JLS (JLB)<br><br>**ORDER RE: MARCH 25, 2020 JOINT STATUS REPORT AND ORDERING ADDITIONAL BRIEFING**<br><br>(ECF No. 17) |

Presently before the Court is Plaintiff Sharp Health Plan and Defendant HealthEdge Software, Inc.'s Joint Status Report ("Joint Rep.," ECF No. 17), filed pursuant to the Court's June 24, 2019 Order Staying Action Pursuant to the First-to-File Rule, ECF No. 16. The Parties report that the Honorable Allison D. Burroughs of the United States District Court for the District of Massachusetts denied Sharp's motion to dismiss on jurisdictional grounds in the first-filed action, *HealthEdge Software, Inc. v. Sharp Health Plan*, No. 1:19-cv-11020-ADB (D. Mass. filed Apr. 30, 2019) (the "Massachusetts Action"). *See* Joint Rep. at 2. Consequently, HealthEdge requests that this action be dismissed pursuant to the first-to-file rule, *see id.*, while Sharp requests that this action be stayed or transferred to avoid any issues concerning the timeliness of its claims. *See id.* at 2–3.

The Court has already determined that the first-to-file rule applies. *See* ECF No. 16 at 6. Given Judge Burroughs' rejection of Sharp's jurisdictional challenges to the Massachusetts Action, the Court therefore has discretion to stay, transfer, or dismiss this action. *In re Bozic*, 888 F.3d 1048, 1051–52 (9th Cir. 2018). Given Sharp's concerns regarding the statute of limitations, *see* Joint Rep. at 2–3, the Court is disinclined to dismiss this action, *see Alltrade, Inc. v. Uniweld Prod., Inc.*, 946 F.2d 622, 625 (9th Cir. 1991), and "[a] court may transfer an action under the first-to-file rule or 28 U.S.C. § 1404 either *sua sponte*, or upon motion of a party." *Lawyers Funding Grp., LLC v. Harris*, No. CV 15-04059 MMM (EX), 2015 WL 13298145, at *12 (C.D. Cal. Sept. 18, 2015). Nonetheless, the Court concludes that additional briefing is merited.

Accordingly, the Court **ORDERS** Sharp to file a supplemental brief, not to exceed ten (10) pages, addressing its preference for a stay or transfer to the District of Massachusetts and the legal arguments supporting its preference on or before April 13, 2020. HealthEdge **MAY FILE** a response, not to exceed ten (10) pages, on or before April 20, 2020. Absent further Order of the Court, no replies shall be filed, and no oral argument held.

**IT IS SO ORDERED.**

Dated: March 30, 2020

Hon. Janis L. Sammartino
United States District Judge